1 | LAWYERS FOR JUSTICE, PC
Edwin Aiwazian, Bar No. 232943
2 | 410 West Arden Avenue, Suite 203
Glendale, CA 91203
3 | (818) 265-1020

4 | Attorneys for Plaintiff
AR'MANEY LEWIS

5 |
MORGAN, LEWIS & BOCKIUS LLP
6 | Christopher J. Banks, Bar No. 218779
Karen Y. Cho, Bar No. 274810
7 | Maureen N. Beckley, Bar No. 316754
One Market, Spear Street Tower
8 | San Francisco, CA 94105-1596
Tel: +1.415.442.1000
9 | Fax: +1.415.442.1001
christopher.banks@morganlewis.com
10 | karen.cho@morganlewis.com
maureen.beckley@morganlewis.com
11 |
MORGAN, LEWIS & BOCKIUS LLP
12 | Jacqueline Cookerly Aguilera, Bar No. 166579
300 South Grand Avenue
13 | Twenty-Second Floor
Los Angeles, CA 90071-3132
14 | Tel: +1.213-229-2500
Fax: +1.213-229-2501
15 | jackie.aguilera@morganlewis.com

16 | Attorneys for Defendant
ABB/CON-CISE OPTICAL GROUP LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AR'MANEY LEWIS, individually, and on behalf of other members of the general public similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>ABB OPTICAL GROUP LLC, an unknown business entity; ABB CON-CISE OPTICAL GROUP LLC, an unknown business entity; and DOES 1 through 100, inclusive<br><br>    Defendants. | Case No. 4:19-cv-02311-HSG<br><br>**JOINT STIPULATED REQUEST AND [PROPOSED] ORDER FOR DISMISSAL, WITH PREJUDICE, OR, IN THE ALTERNATIVE, TO STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed: February 28, 2019<br>Complaint Removed: April 29, 2019 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 36611120.2

Joint Stipulated Request and
[Proposed] Order for Dismissal,
or, in the alternative, to Strike
Case No. 4:19-CV-02311-HSG

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Ar'Maney Lewis ("Plaintiff") and Defendant ABB/CON-CISE Optical Group, LLC. ("ABB") (collectively, the "Parties"), by and through their respective undersigned counsel, hereby submit this Joint Stipulated Request and [Proposed] Order for Dismissal with Prejudice, or in the alternative, Order to Strike Portions of Plaintiff's Complaint, as described below, and stipulate and agree as follows:

WHEREAS, on February 28, 2019, Plaintiff filed a complaint against ABB in Alameda County Superior Court, Case No. RG19008874. Plaintiff asserted claims against ABB for alleged failure to pay regular, minimum, and overtime wages, failure to provide lawful meal and rest breaks, failure to reimburse for necessary business expenses, failure to provide accurate itemized wage statements, failure to pay timely wages under California Labor Code § 204, and failure to pay timely wages after separation. Plaintiff also sought to recover attorneys' fees and costs.

WHEREAS, on April 29, 2019, the ABB removed the case to federal court.

WHEREAS, on May 1, 2019, the Parties began meeting and conferring to discuss Plaintiff's Complaint and ultimately agreed that Plaintiff would dismiss and/or strike the following allegations from her Complaint:

- Allegations alleging violations for Labor Code § 204 claim for failure to timely pay wages during employment, including ¶¶ 33, 34; Plaintiff's Sixth Cause of Action ¶¶ 89-94; and Prayer For Relief, ¶¶ 35-38, of Plaintiff's Complaint;
- Allegations alleging violation of Labor Code § 1174(d) claim for failure to maintain and preserve records, including Plaintiff's Eight Cause of Action, ¶¶ 102-106 and Prayer For Relief, ¶¶ 44-47;
- Paragraph 57 of the Prayer for Relief.

WHEREAS, Plaintiff further stipulates that she is not alleging a violation of Labor Code § 203 claim premised on meal and rest break premiums.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 36611120.2

1

Joint Stipulated Request and
[Proposed] Order for Dismissal,
or, in the alternative, to Strike
Case No. 4:19-CV-02311-HSG

IT IS THUS HEREBY STIPULATED THAT the following paragraphs are hereby stricken from Plaintiff's Complaint: paragraphs 33, 89-94, 101-106 and from the allegations in Plaintiff's Complaint and paragraphs 35-38, 44-47 and 57 of the Prayer for Relief in Plaintiff's Complaint. Additionally, Plaintiff stipulates that she is not alleging a violation of Labor Code § 203 premised on meal and rest break premiums.

IT IS HEREBY FURTHER STIPULATED that Plaintiff's Sixth and Eight causes of action are hereby dismissed.

IT IS HEREBY FURTHER STIPULATED that Plaintiff is not alleging a violation of Labor Code § 203 claim premised on meal and rest break premiums.

Dated: May 21, 2019      MORGAN, LEWIS & BOCKIUS LLP

By   */s/ Christopher J. Banks*
   Christopher J. Banks
   Jacqueline Cookerly Aguilera
   Karen Y. Cho
   Maureen N. Beckley
   Attorneys for Defendants
   ABB/CON-CISE OPTICAL GROUP LLC

Dated: May 21, 2019      LAWYERS FOR JUSTICE, PC

By   */s/ Edwin Aiwazian*
   Edwin Aiwazian
   Attorneys for Plaintiff
   AR'MANEY LEWIS

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 36611120.2

2

Joint Stipulated Request and
[Proposed] Order for Dismissal,
or, in the alternative, to Strike
Case No. 4:19-CV-02311-HSG

# [PROPOSED] ORDER

Based upon the Stipulation between the parties, and good cause appearing, Plaintiff Ar'Maney Lewis' Sixth and Eighth causes of action in her Complaint are hereby dismissed without prejudice or, in the alternative, stricken from Plaintiff's Complaint, and that the following paragraphs are hereby stricken from Plaintiff's Complaint: paragraphs 33, 89-94, 101-106 and from the allegations in Plaintiff's Complaint and paragraphs 35-38, 44-47 and 57 of the Prayer for Relief in Plaintiff's Complaint. Additionally, Plaintiff stipulates that she is not alleging a violation of Labor Code § 203 premised on meal and rest break premiums.

The Parties shall bear their own costs and fees associated with this stipulation.

IT IS SO ORDERED.

DATED: 5/22/2019

*[signature]*
HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

3

DB2/ 36611120.2

Joint Stipulated Request and
[Proposed] Order for Dismissal,
or, in the alternative, to Strike
Case No. 4:19-CV-02311-HSG

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO